<u>Declaration of Service</u>

LAURA SCILEPPI hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a member of the firm of Dunnegan & Scileppi LLC.

2. On February 6, 2014, I caused to be served by Federal Express Standard Overnight two true copies of the (i) order to show cause for an order of attachment and a temporary restraining order, (ii) memorandum of Plaintiffs in support of their motion, (iii) declaration of LaShonda Morris, (iv) declaration of Patrick Murphy, (v) declaration of Jessica Stitt, (vi) declaration of Bonnie Beacher, (vii) declaration of Jennifer Siewert, (viii) Declaration of Laura Scileppi, (ix) all accompanying exhibits, (x) the complaint, (xi) the amended complaint, (xii) the supplemental summons, (xiii) individual rules of Judge Ramos, and (xiv) other filings in this case, on <u>pro se</u> defendant Miguel Ventura at the following address:

>   Miguel Ventura, Jr.
>   4529 Cottage Place, Apartment D1
>   Union City, New Jersey 07087-2759

3. The employees at the Federal Express location where I dropped off the packages assured me that they would arrive at or before 4:30 p.m. on February 7,

1

2014.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this 7th day of February 2014.

                                                           s/Laura Scileppi
                                                           Laura Scileppi