USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING, INC, AND
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC,

                Plaintiffs,

-against-                           13 Civ. 8236 (ER)

MIGUEL VENTURA, JR. D/B/A           ECF Case
CANDYEBOOKS.COM D/B/A CANDYEBOOKS
AND JOHN DOE NOS. 1-5,

                Defendants.

- - - - - - - - - - - - - - - - - - -x

STIPULATION AND ORDER OF PREJUDGMENT ATTACHMENT

Upon the application of plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning, Inc. and McGraw-Hill Global Education Holdings, LLC, through their undersigned attorneys, and defendant Miguel Ventura, Jr. ("Ventura") it is hereby

ORDERED that, pursuant to Rule 64 of the Federal Rules of Civil Procedure and New York C.P.L.R. § 6201, the funds in the accounts of Ventura at PayPal, Inc., TD Bank, N.A., JPMorgan Chase Bank N.A., and Valley National Bank be, and hereby are, attached; and it is further

ORDERED that Ventura, his agents, servants, employees and attorneys, and all those in active concert or participation

with them who receive actual knowledge of this order, shall not transfer or withdraw any funds from Ventura's accounts at PayPal, Inc., TD Bank, N.A., JPMorgan Chase Bank N.A., and Valley National Bank until such further order from this Court; and it is further

ORDERED that plaintiffs shall continue to post cash or a bond in the amount of $10,000 with the Clerk of the Court; and it is further

ORDERED that the appearance scheduled for February 11, 2014 at 4:30 p.m. is hereby cancelled.

Dated: February 10, 2014  
      New York, New York

DUNNEGAN & SCILEPPI LLC

By _____  
Laura Scileppi (LS0114)  
ls@dunnegan.com  
Benjamin Liebowitz (BL1723)  
bl@dunnegan.com  
Attorneys for Plaintiffs  
350 Fifth Avenue  
New York, New York 10118  
(212) 332-8300

By _____  
Miguel Ventura, Jr. pro se  
mventura50@verizon.net  
4529 Cottage Place, Apt. D1  
Union City, N.J. 07087-2759  
(201) 686-9180

So Ordered:

_____  
U.S.D.J.