**DUNNEGAN & SCILEPPI LLC**
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/17/14

212-332-8300
212-332-8301 TELECOPIER

March 17, 2014

By Telecopy and ECF

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The briefing schedule for the motion to dismiss is stayed pending the outcome of the settlement conference before Judge Freeman.
SO ORDERED.

HON. EDGARDO RAMOS, USDJ
Dated: March 17, 2014

Re: *Pearson Education, Inc., et al. v. Ventura, et al.*
13 Civ. 8236 (ER)

Dear Judge Ramos:

We are attorneys for plaintiffs in the above action. We are writing in accordance with the Court's March 14, 2014 order.

Plaintiffs consent to defendant's requests for (i) a settlement conference before Magistrate Judge Freeman, (ii) plaintiffs to appear at the settlement conference, and (iii) an extension of deadline for defendant to file his motion to dismiss.

Plaintiffs reserve the right to request that one or more of their representatives appear at the settlement conference by telephone.

Respectfully yours,

Laura Scileppi

Cc: Richard A. Altman, Esq.